10

(No. 73-CC-388—Claimant )

STERN'S CARRIAGE HOUSE, INC., Claimant, *vs.* STATE OF ILLINOIS, ECONOMIC AND FISCAL COMMISSION, Respondent.

*Opinion filed July 12, 1973.*

ROUTMAN AND LAWLEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.